UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MICHELLE C. WOODS, *et al.*,  )
                             )
    Plaintiffs,             )
                             )
v.                           )   No. 1:12-cv-749 (AJT/TCB)
                             )
CITIMORTGAGE, INC., *et al.*,)
                             )
    Defendants.             )

### ORDER

This matter is before the Court on the parties' Consent Motion to Stay the Proceedings Pending Mediation by the Parties [Doc. No. 10], upon consideration of which, and for good cause shown, it is hereby

ORDERED that this case and all pending deadlines be, and the same hereby are, STAYED, and that within 60 days of this Order, or within 7 days of the resolution of this case by mediation or otherwise, whichever occurs earlier, the parties shall file a joint report with the Court as to the status of this case, following which the Court will determine whether to extend the stay.

The Clerk is directed to forward copies of this Order to all counsel of record.

                                                                /s/
                                             Anthony J. Trenga
                                             United States District Judge

Alexandria, Virginia
August 8, 2012